JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LINDA LAM, individually and on behalf of all others similarly situated.<br><br>Plaintiff,<br><br>vs.<br><br>CATHAY BANK, and DOES 1 through 10<br><br>Defendants. | CASE NO. 2:14-CV-5499-RGK (VBKX)<br><br>[~~PROPOSED~~] ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE<br><br>[Hon. Judge R. Gary Klausner] |

Pursuant to the Parties' Stipulation For Dismissal Of Action With Prejudice, and good cause appearing, IT IS HEREBY ORDERED that the above-referenced action be dismissed with prejudice. Each party shall bear her or its own costs and attorney's fees.

IT IS SO ORDERED.

Dated: June 23, 2015

*/s/ Gary Klausner*
_____
Hon. R. Gary Klausner
United States District Court Judge

4837-9370-5765.1

[PROPOSED] ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE
CASE NO. 2:14-cv-5499